IDA E. PRIDELL, Respondent, v. VILLAGE OF WEST CARTHAGE, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by February twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH WISNIEWSKA, Respondent, v. ALEXANDER SZCZUKOWSKI and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed record and briefs by February fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

TESSIE WISNIEWSKA, an Infant, etc., Respondent, v. ALEXANDER SZCZUKOWSKI and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and briefs by February fifteenth. Title of action amended to show the true name of the plaintiff which is Czeslawa Bloch. Present — Sears, P. J., Crouch, Taylor,. Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILLIP GLINSKI, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DEARBORN V. HARDIE, as Trustee in Bankruptcy of ANDREA MALAMBRI, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EARL CUMMINGS, Respondent, v. BERNARD DELEHANTY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs by January fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH CUMMINGS, an Infant, etc., Respondent, v. BERNARD DELEHANTY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs by January fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EARL CUMMINGS, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by February fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH CUMMINGS, an Infant, etc., Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by February fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CITY OF BUFFALO, Appellant, v. LAURENCE HEIMBURG, Respondent.— Judgment reversed on the law and appeal taken to the Special Term dismissed, on the authority of *City of Buffalo* v. *Murphy,* decided herewith. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.